STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT DRAUGHN, DEFENDANT-APPELLANT.

Argued October 25, 1972—Decided November 6, 1972.

*Mr. Edward Weisslitz,* Assistant Deputy Public Defender, argued the cause for the appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney.)

*Mr. Michael Stieber,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney; *Mr. David Noah Dubrow,* Assistant Prosecutor, on the brief.)

PER CURIAM. The judgment of the Appellate Division, 121 *N. J. Super.* 64 is affirmed substantially for the reasons expressed in its opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judge CONFORD—5.

*For reversal*—None.